# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**BERNARD MILFORD BELL, JR.**                      **PETITIONER**

v.                                   **CRIMINAL NO. 1:12-cr-52-LG-RHW**
                                       **CIVIL NO. 1:16-cv-219-LG**

**UNITED STATES OF AMERICA**                         **RESPONDENT**

## CERTIFICATE OF APPEALABILITY

A final order adverse to the applicant having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court or a proceeding pursuant to 28 U.S.C. § 2255, the Court, considering the record in the case and the requirements of 28 U.S.C. § 2253, Rule 22(b) of the Federal Rules of Appellate Procedure, and Rule 11(a) of the Rules Governing Section 2254 and 2255 Cases in the United States District Courts, hereby finds that:

   X   A Certificate of Appealability should not issue. The applicant has failed to make a substantial showing of the denial of a constitutional right.

      A Certificate of Appealability should issue for the following specific issue(s):

**SO ORDERED AND ADJUDGED** this the 29th day of June, 2017.

                                                   *s/ Louis Guirola, Jr.*
                                                   LOUIS GUIROLA, JR.
                                                   CHIEF U.S. DISTRICT JUDGE